In The United States District Court
For The Western District Of Wisconsin

Bobby Kimble,
    Plaintiff,

v.

Gary Boughton, et al;

    Defendants.

Notice of Appeal
Case No. 19-CV-645-SLC

Notice is hereby given that Bobby Kimble, Plaintiff in the above named case, hereby appeal to the United States Court of Appeals For the 7th Circuit From an order dismissing his Fourteenth Amendment Class of one Equal Protection and Eighth Amendment Conditions of Confinement claims, and motion For Reconsideration entered in this action on the 3rd day of June, 2020.

Dated June 3rd, 2020

*[signature]*

Bobby Kimble #164788
(WSPF) P.O. Box 1000
Boscobel, Wis 53805

1.