IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOBBY KIMBLE,

    Plaintiff,

                                  Case No.  19-cv-645-slc

    v.

GARY BOUGHTON, MARK KARTMAN,
D. GARDNER, LACEY DICKMAN, DANIEL
WINKLESKI, ANGELA MINK, and
ANTHONY BROADBENT,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

| /s/ | 8/26/2021 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |